

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-14-00085-CV

_____

$990.00 IN U.S. CURRENCY, GARMIN NUVI GPS,
GARMIN LARGE SCREEN GPS,
AND KD ANDROID COMPUTER TABLET, Appellants

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 83660

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Robert Bruce Daugherty appeals from the trial court's forfeiture order, which deemed as contraband his $990.00 in U.S. currency, Garmin NUVI GPS, Garmin Large Screen GPS, and KD Android Computer Tablet. *See* TEX. CODE CRIM. PROC. ANN. art. 59.02 (West Supp. 2014). On appeal,[1] Daugherty argues (1) that because he is indigent, the trial court erred in denying his request for court-appointed counsel and (2) that the trial court erred in denying his request to continue this case until the final disposition of his related criminal case.

We addressed these same issues in detail in our opinion of this date on Daugherty's appeal in cause number 06-14-00084-CV. For the reasons stated therein, we likewise conclude that Daugherty was not entitled to court-appointed counsel and that the trial court properly exercised its discretion in denying Daugherty's motion for continuance.

We affirm the trial court's judgment.


Bailey C. Moseley
Justice

Date Submitted:     March 24, 2015
Date Decided:       March 31, 2015

---

[1]In companion case 06-14-00084-CV, Daugherty appeals an order of forfeiture, which deemed his 2008 Mazda, vehicle identification number 1YVHP80C385M37457, and $1,608.00 in U.S. currency to be contraband.